Indranil Mukerji (admitted *pro hac vice*)
Stephen A. Marshall (admitted *pro hac vice*)
Tarek J. Austin (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: + 1 (202) 662-5554
Email: imukerji@cov.com
        smarshall@cov.com
        taustin@cov.com

Lindsey Barnhart, SBN 294995
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Sq.
Palo Alto, CA 94306-2112
Telephone: 650-632-4700
Facsimile: 650-632-4800
Email: lbarnhart@cov.com

*Attorneys for Defendant/Plaintiff Netflix Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CA, INC., and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Civil Case No.: 3:22-cv-00373-EMC<br><br>Coordinated with:<br><br>Civil Case No.: 3:21-cv-03649-EMC<br><br>**DECLARATION OF TAREK J. AUSTIN IN SUPPORT OF NETFLIX'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING THE '938 PATENT**<br><br>Date:    January 22, 2026<br>Time:    1:30 PM<br>Dept:    Courtroom 5 – 17th Floor<br>Judge:   Honorable Edward M. Chen<br><br>Complaint Filed:    March 9, 2021<br><br>Trial Date:   N/A |

I, Tarek J. Austin, declare as follows:

1. I am a special counsel at Covington & Burling LLP and counsel for Defendant/Plaintiff Netflix, Inc. in the above-referenced action. I am admitted to the bar of the District of Columbia and certain federal courts. I have been admitted to appear in this proceeding *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could testify competently thereto.

2. Attached as Exhibit 1 is a copy of U.S. Patent Application No. 16/834,723 dated March 30, 2020, excerpted from the prosecution history of U.S. Patent No. 10,911,938 ("the '938 patent").

3. Attached as Exhibit 2 is a copy of an "Office Action" dated April 27, 2020, excerpted from the prosecution history of the '938 patent.

4. Attached as Exhibit 3 is a copy of an "Applicant-Initiated Interview Summary" dated Juned 23, 2020, excerpted from the prosecution history of the '938 patent.

5. Attached as Exhibit 4 is a copy of a "Reply to Office Action" dated June 26, 2020, excerpted from the prosecution history of the '938 patent.

6. Attached as Exhibit 5 is a copy of a "Notice of Allowability" dated September 14, 2020, excerpted from the prosecution history of the '938 patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 17th day of December, 2025, in Washington, D.C.

*/s/ Tarek J. Austin*

# Exhibit 1

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 11382US05CON |
| --- | --- | --- |
| | Application Number | |
| Title of Invention | METHOD AND SYSTEM FOR A NETWORKED SELF-CONFIGURING COMMUNICATION DEVICE UTILIZING USER PREFERENCE INFORMATION | |

## Assignee    1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |
| --- | --- |
| Organization Name | Avago Technologies International Sales Pte. Limited |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 1 Yishun Avenue 7 | | |
| --- | --- | --- | --- |
| Address 2 | | | |
| City | Singapore | State/Province | |
| Countryⁱ | SG | Postal Code | 768923 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

# Signature:

NOTE: This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Andrew T. Harry/ | | | Date (YYYY-MM-DD) | 2020-03-30 |
| --- | --- | --- | --- | --- | --- |
| First Name | Andrew T. | Last Name | Harry | Registration Number | 56,959 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 11382US05CON |
| | Application Number | |

| Title of Invention | METHOD AND SYSTEM FOR A NETWORKED SELF-CONFIGURING COMMUNICATION DEVICE UTILIZING USER PREFERENCE INFORMATION |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

METHOD AND SYSTEM FOR A NETWORKED SELF-CONFIGURING
COMMUNICATION DEVICE UTILIZING USER PREFERENCE INFORMATION

CROSS-REFERENCE TO RELATED APPLICATIONS/INCORPORATION BY
REFERENCE

[0001]  This patent application is a continuation of U.S. Patent Application Serial No.
15/916,808, filed March 09, 2018, which is a continuation of U.S. Patent Application Serial
No. 14/949,396, filed November 23, 2015 (now U.S. Patent No. 9,918,218), which is a
continuation of U.S. Patent Application Serial No. 12/138,249, filed June 12, 2008 (now U.S.
Patent 9,198,030), which makes reference to, claims priority to and claims benefit from
United States Provisional Application Serial No. 60/943,484, filed on June 12, 2007; the
entire contents of each of which are incorporated herein by reference.

[0002]  This application also makes reference to:

United States Patent Application Serial No. 11/864,184 – Patent No. 8,331,294, issued
December 11, 2012 (Attorney Docket Number 18382US02) filed on September 28, 2007;
United States Patent Application Serial No. 11/861,224 – Patent No. 8,027,668, issued
September 27, 2011 (Attorney Docket Number 18383US02) filed on September 25, 2007;
United States Patent Application Serial No. 11/861,786 – Patent No. 8,457,595, issued June
4, 2013 (Attorney Docket Number 18385US02) filed on September 26, 2007;
United States Patent Application Serial No. 11/861,220 (Attorney Docket Number
18388US02) filed on September 25, 2007;
United States Patent Application Serial No. 11/864,202 – Patent No. 9,509,795, issued
November 29, 2016 (Attorney Docket Number 18389US02) filed on September 28, 2007;
United States Patent Application Serial No. 11/864,562 – Patent No. 8,442,015, issued May
14, 2013 (Attorney Docket Number 18391US02) filed on September 28, 2007;
United States Patent Application Serial No. 11/864,407 – Patent No. 8,331,334, issued
December 11, 2012 (Attorney Docket Number 18392US02) filed on September 28, 2007;
United States Patent Application Serial No. 11/864,255 – Patent No. 9,232,042, issued
January 5, 2016 (Attorney Docket Number 18629US02) filed on September 28, 2007;
United States Patent Application Serial No. 11/865,799 – Patent No. 7,953,038, issued May
31, 2011 (Attorney Docket Number 18630US02) filed on October 2, 2007;
United States Patent Application Serial No. 11/864,095 - Patent No. 8,553,623, issued
October 8, 2013 (Attorney Docket Number 18648US02) filed on September 28, 2007; and

1

United States Patent Application Serial No. 11/864,383 (Attorney Docket Number 18649US02) filed on September 28, 2007.

[0003]  Each of the above stated applications is hereby incorporated herein by reference in its entirety.

## FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

[0004]  [Not Applicable].

## [MICROFICHE/COPYRIGHT REFERENCE]

[0005]  [Not Applicable].

## FIELD OF THE INVENTION

[0006]  Certain embodiments of the invention relate to communication devices.  More specifically, certain embodiments of the invention relate to a method and system for a networked self-configuring communication device utilizing user preference information.

## BACKGROUND OF THE INVENTION

[0007]  The field of mobile and/or wireless communication has seen dramatic growth the last few years.  In today's world, most people use wireless devices for various purposes, including business and personal, on a constant and daily basis.  Society is truly becoming a mobile and wireless one.  Numerous wireless solutions have been introduced, and have made a tremendous impact on everyday life.

[0008]  For example, the use of Wireless Personal Area Networks (WPAN) has been gaining popularity in a great number of applications because of the flexibility and convenience in connectivity they provide.  WPAN systems generally replace cumbersome cabling and/or wiring used to connect peripheral devices and/or mobile terminals by providing short distance wireless links that allow connectivity within very narrow spatial limits (typically, a 10-meter range).  WPAN may be based on standardized technologies, for example Bluetooth (BT) technology.  While WPAN may be very beneficial for certain applications, other applications may require larger service areas and/or capabilities.

[0009]  To satisfy such needs, other technologies have been developed to provide greater wireless service.  Wireless Local Area Networks (WLAN) systems may operate within a 100-meter range, for example.  In contrast to the WPAN systems, WLAN provide connectivity to devices that are located within a slightly larger geographical area, such as the area covered by

a building or a campus, for example. WLAN systems are generally based on specific standards, for example IEEE 802.11 standard specifications, and typically operate within a 100-meter range, and are generally utilized to supplement the communication capacity provided by traditional wired Local Area Networks (LANs) installed in the same geographic area as the WLAN system.

[0010] Other forms of wireless solutions have evolved from traditional land-based communication technologies. For instance, cellular phones have become just about an absolute necessity in today's world. While cellular technology was merely intended to add an element of mobility to the traditional telephony service, this technology has grown beyond that initial purpose. Many modern cellular technologies, including such technologies as GSM/GPRS/EDGE, UMTS, and CDMA2000, incorporate substantial data capabilities. Most of today's cellular services include such features as text messaging, video streaming, and web browsing, for example.

[0011] Placing various wireless technologies in a single communication device is another trend in the wireless world. For instance, some wireless devices such as cell phones may include WLAN and WPAN functionalities. For example, Bluetooth technology may be utilized to connect a laptop computer or a handheld wireless terminal to a peripheral device, such as a keyboard, mouse, headphone, and/or printer, while the laptop computer or the handheld wireless terminal is also connected to a campus-wide WLAN network through an access point (AP) located within the building.

[0012] Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

## BRIEF SUMMARY OF THE INVENTION

[0013] A system and/or method is provided for a networked self-configuring communication device utilizing user preference information, substantially as shown in and/or described in connection with at least one of the figures, as set forth more completely in the claims.

[0014] These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

3

## BRIEF DESCRIPTION OF SEVERAL VIEWS OF THE DRAWINGS

[0015] FIG. 1A is a block diagram that illustrates exemplary setup comprising a personal electronic (PE) device, which may be utilized in accordance with an embodiment of the invention.

[0016] FIG. 1B is a block diagram that illustrates an exemplary system that may be integrated within a personal electronic (PE) device to enable management of user configuration, and utilization of plurality of communication interfaces and/or devices, in accordance with an embodiment of the invention.

[0017] FIG. 2 is a block diagram that illustrates use of stored user preference information to configure a secondary personal electronic (PE) device, in accordance with an embodiment of the invention.

[0018] FIG. 3 is a flow chart that illustrates use of stored user preference information to configure a secondary personal electronic (PE) device, in accordance with an embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

[0019] Certain embodiments of the invention may be found in a method and system for a networked self-configuring communication device utilizing user preference information. A first personal electronic (PE) device may enable generation, updating, and/or storage of user configuration information. The user configuration information may comprise information pertaining to device configuration and/or operational preferences specific to the device user and/or various use settings, connectivity, and/or use of available resources. The generation, updating, and/or storage of the user configuration information may be performed manually and/or automatically, and may be performed directly within the first PE device and/or via networked devices, which may be communicatively coupled to the first PE device. A second PE device may be enabled to be communicatively coupled to the first PE device and/or the networked devices. The second PE device may then be enabled to download existing user configuration information from the first PE device and/or the networked device, and the downloaded user configuration may be utilized to configure the second PE device.

[0020] FIG. 1 is a block diagram that illustrates exemplary setup for a personal electronic (PE) device, which may be utilized in accordance with an embodiment of the invention. Referring to FIG. 1, there is shown a personal electronic (PE) device 102, a local wireless

4

device 104a, a local networked device 104b, a remote device 104c, and an access point 106. FIG. 1 also shows a distribution network 108, a wireless network 110, a cellular transceiver 112, a cellular network 114, a backbone network 116, a local network 118, a wireless link 120, a cellular link 122, a Personal Area Networks (PAN) device 124, and a Wireless Personal Area Networks (WPAN) link 126.

[0021] The personal electronic (PE) device 102 may comprise suitable logic, circuitry and/or code that enables performing one or more tasks requested via users of the PE device 102. For example, the PE device 102 may enable personal communication, audio/video recording and/or playing, gaming operations, and/or various other tasks, which may be requested via the PE device 102 by a user. The PE device 102 may be enabled to communicate with one or more of supported wireless and/or wired networks, and may also enable use of local and/or remote resources, to perform tasks requested via the PE device 102 for example. A user of the PE device 102 may utilize the PE device 102 directly, via supported user interfaces within the PE device 102, and/or indirectly via available networks and/or via other devices, such as the PAN device 124, which may interact with the PE device 102 via a communication interface. For example, the PE device 102 may comprise a portable handheld communication device, such as a Smartphone, a cellphone, a PDA, a multimedia device, which may be communicatively coupled to plurality of available networks, resources, and/or other communication devices which may exist locally and/or remotely.

[0022] The PE device 102 may comprise functionality that may enable utilizing one or more of available networks, to connect to available devices and/or resources for example. The network connectivity may be achieved directly, wherein the PE device 102 may be connected via wired connections, including, for example, use of a cable and/or optical interface, to LAN and/or WAN networks. The PE device 102 may also comprise one or more wireless communication interfaces, including, for example, WPAN, WLAN, and/or cellular interfaces, which may be operable to provide connectivity to corresponding networks and/or devices. The PE device 102 may comprise a user interface functionality that may enable one or more users to utilize the PE device 102 as an end user device and/or as an end user terminal device.

[0023] The PE device 102 may comprise functionality that enables generation, storage, modification, and/or utilization of user configuration information during use of the PE device 102 by a user. The user configuration information may comprise information pertaining to device configuration and/or operational preferences specific to the device user(s) and/or various use settings, connectivity, and/or use of available resources. Additionally, the PE device 102 may also comprise functionality that may enable performing user identification,

for authentication and/or security purposes for example. The identification may be performed, for example, based on login information, based on compiled association information, between particular user and particular tasks and/or resource, and/or based on determined physical attributes of the user. The physical attributes of the user may be determined utilizing, for example, biometric based mechanisms within or coupled to the PE device 102. For example, the PE device 102 may comprise a biometric data acquisition subsystem which may enable performing acquisition, validation, and modification of physiological and/or behavioral biometric data. Biometric data, which may comprise finger prints, retina data, or behavioral patterns, may be unique to a person; and thus it may be utilized to identify a particular user. The PE device 102 may be utilized to enable use of plurality of the local and/or remote devices, for example, the local wireless device 104a, the local networked device 104b, and/or the remote device 104c to perform tasks requested by a user via the PE device 102.

[0024] The local wireless device 104a may comprise suitable logic, circuitry and/or code that is enabled to communicate with the PE device 102 to perform a function that may be pertinent to a task requested via the PE device 102, and for which the local wireless device 104a may be better suited to perform. The invention may not be limited to a specific device, and may comprise, for example, a general purpose processing device, a specialized processing device, a specialized peripheral device, or any combination of suitable hardware, and/or code, which may be enabled to perform a task requested via the PE device 102. For example, the local wireless device 104a may comprise a high-definition television (HDTV) set, a dedicated audio system, and/or a digital video player device, which may be optimized to provide improved audio and/or video output quality.

[0025] The local wireless device 104a may be enabled to communicate with the PE device 102 directly via wireless connections. The local wireless device 104a may be enabled to communicate with the PE device 102 via one or more the wireless protocols supported via the PE device 102, including, for example, WLAN, WiMAX, and/or WPAN such as ZigBee, Ultra-wideband (UWB), and/or Bluetooth. Alternatively, the communication between the local wireless device 104a and the PE device 102 may be performed directly based on device-specific interface, which may comprise suitable functionality that enables forming connections between specific devices. For example, the local wireless device 104a and the PE device 102 may be enabled to utilize a proprietary standard of wireless communication between these devices.

6

[0026] The local networked device 104b may be substantially similar to the local wireless device 104a. However, the local networked device 104b may be enabled to communicate with the PE device 102 indirectly via one or more of available local networks that the PE device 102 may be coupled with, including, for example, wireless network 110, to provide a service that may be pertinent to a task requested via the PE device 102. For example, the local networked device 104b may comprise a personal computer (PC), a printer, scanner, and/or fax device, a dedicated memory storage device, and/or a digital video recorder device. Consequently, the local service resource 104a may be utilized, for example, as a media service device which may provide multimedia streaming that may be read via the PE device 102.

[0027] The remote device 104c may be comprised substantially similar to the local networked device 104b and/or the local wireless device. However, the remote device 104c may also comprise functionality to enable remote communication with the PE device 102, via, for example, the cellular network 110, the backbone network 116, and the local network 118. For example, the remote device 104c may comprise a home PC, which may comprise improved processing subsystems and/or increased memory space. Such home PC may be better suited to perform processing and/or storage intensive tasks. The PE device 102 may utilize the remote device 104c, for example, for secure storage of data that may be created and/or maintained in the PE device 102, and/or as a backup depository for media files.

[0028] The wireless network 110 may comprise a plurality of the access point 106, the distribution network 108, and suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to a wireless technology. Exemplary wireless technology may comprise for example the WLAN (IEEE 802.11) or the WiMAX (IEEE 802.16) architecture. The access point 106 may comprise suitable hardware, logic, circuitry, and/or code that may provide access network to the wireless network 110 for wireless capable devices, for example the PE device 102. The distribution network 108 may comprise suitable hardware, logic, circuitry, and/or code that may be enabled to operate as a backbone network that may be responsible for transport and link functionality for a plurality of access points in the wireless network 110.

[0029] The cellular network 114 may comprise plurality of the cellular transceiver 112, and suitable logic, circuitry and/or code that may enable communication via one or more cellular technologies. Exemplary cellular technologies may comprise CDMA, WCDMA, CDMA1000, HSDPA, GSM, GPRS, EDGE, and UMTS. The cellular transceiver 112 may comprise suitable hardware, logic, circuitry, and/or code that may be utilized to enable

7

transmission and/or reception of cellular based communications between the cellular network 114 and cellular capable devices, for example the PE device 102. For example, the cellular transceiver 112 may correspond to cellular towers and/or base stations within a cellular communication system.

[0030] The PAN device 124 may comprise suitable logic, circuitry and/or code that may enable performing some accessory functionality in conjunction with the use of the PE device 102 based on a PAN protocol. For example, the PAN device 124 may comprise a hands-free headset that may be utilized, in conjunction with the PE device 102 to facilitated conducting cellular based calls. The PE device 102 may interact with the PAN device 124 via one or more PAN interfaces, which may be based on wired and/or wireless PAN protocols. For example, the PE device 102 may communicate with the PAN device 124 via the WPAN link 126. The WPAN link 126 may be based on a standardized technology for inter-device short range communication. For example, the WPAN link 126 may correspond to Bluetooth, ZigBee, and/or Ultra-Wideband (UWB) connections between the PAN device 124 and the PE device 102.

[0031] The backbone network 116 may comprise suitable hardware, logic, circuitry, and/or code that may be operable to provide overall system connectivity among local and/or remote sub-networks. The backbone network 116 may be enabled to interact with, and connect different wired and/or wireless technologies. For example, the backbone network may comprise a standard telephony network (POTS) that may enable data connectivity between different interface nodes linking wired and/or wireless networks comprising WLAN networks, WiMAX networks, cellular networks, and/or LAN networks.

[0032] The local network 118 may comprise suitable logic, circuitry and/or code that may enable local connectivity. This local connectivity may comprise use of Local Area Network (LAN) technologies that enable data services, including but not limited to, IEEE 802.3 Ethernet. Other technologies may comprise WiMAX. The local network 118 may be accessed, for example, by the PE device 102, via wireless network 110 and/or the cellular network 114, and the backbone network 116.

[0033] In operation, the PE device 102 may be utilized to perform one or more tasks requested via users of the PE device 102. For example, the PE device 102 may enable personal communication, playing and/or recording audio/video streams, and/or may be utilized as a gaming counsel. The PE device 102 may also enable connectivity via a plurality of available networks and/or communication interfaces, which may be necessary to perform requested tasks. For example, the PE device 102 may utilize the wireless link 120 to access

8

the wireless network 110 via the access point 106. The PE device 102 may also utilize the cellular link 122 to access the cellular network 114 via the cellular transceiver 112. The PE device 102 may communicate with the local networked device 104b via the wireless network 110 through the access point 106 and the distribution network 108. The distribution network 108 and/or the cellular network 114 may also enable forwarding messages and/or data sent from, and to the PE device 102.

[0034] The backbone network 116 may enable connectivity between local networks, for example wireless network 110 and/or the cellular network 114, and remote networks, comprising, for example, the local network 118. Protocol-based operations may be performed to facilitate the transmission of information through all the different components. This may comprise use of exemplary protocols such as TCP, IP, UPD, and/or SS7. Network connectivity and/or communication interfaces supported via the PE device 102 may enable communicating with other devices. For example, the PE device may communicate with the local networked device 104b via the wireless network 110. The remote device 104c may be enabled to communicate with the PE device 102 through the backbone network 116, via the local network 118. The PE device 102 may also be enabled to communicate directly with other devices and/or resources. For example, the PE device 102 may communicate directly with the PAN device 124 via the WPAN link 126. The PE device 102 may also communicate directly with the local wireless device 104a, and such communication may be based on existing wireless and/or wired interfaces, and/or the communication may be based on device-specific interfaces that may be limited to class of devices comprising the PE device 102 and the local wireless device 104a.

[0035] A user of the PE device 102 may request tasks that may be performed directly via the PE device 102, and/or via the connectivity of PE device 102 to available networks, devices, and/or resources. For example, the PE device 102 may be enabled to communicate with the local networked device 104b and/or the remote device 104c to facilitate accessing services provided by the local networked device 104b and/or the remote device 104c. The PE device 102 may be enabled, for example, to access media, storage, processing, and/or gaming services based on one or more tasks requested by a user of the PE device 102. The PE device 102 may also be enabled to utilize devices available directly via communication interfaces within the PE device 102. In an exemplary embodiment of the invention, when requested by a user, the PE device 102 may communicate multimedia files received from the local networked device 104b and/or the remote device 104c to the local wireless device 104c,

9

which may enable, improved output quality of audio and/or video contents of the multimedia files.

[0036]  The PE device 102 may be enabled to generate, store, and/or update user configuration information that may be utilized in facilitating use of the PE device 102 by a particular user to perform requested tasks, and/or in identifying and/or authenticating the user.  The user configuration information may also be generated, stored, and/or updated remotely, in the remote device 104c for example, based on communications via the PE device 102, to ensure security and/or efficiency.  The user configuration information may comprise, for example, information pertaining to device configuration and/or operational preferences specific to the device user and/or various use settings, network connectivity, service access, secure access information, network and service access information and/or preferences that are unique to particular users, and/or manner of use of available resources.  For example, the user configuration information may specify various user specific device operational preferences, comprising favorite broadcast channels and/or website, favorite games, game status information, and media consumption settings.  Exemplary media consumption settings may comprise file types and/or video or audio presentation preferences, website access information, user interface configuration preferences, and/or directory information.  The user configuration information may also specify particular devices, for example, the remote device 104c, which may be accessed to perform certain type of operations and/or to store and retrieve specific category of data.  The user configuration information may also specify connectivity related information comprising, for example, types of networks to be connectively coupled to, the wireless network 110 for example, and/or other performance related criteria such as cost, availability, bandwidth level, QoS capabilities, security, and reliability.  The PE device 102 may also enable a set of the plurality of supported users to share user configuration information, wherein such set of users may be treated as a specific group.

[0037]  The PE device 102 may also be enabled to identify a particular user in a variety of manners.  For example, the PE device 102 may identify a particular user by login information, which may be determined based on user configuration information; physical attributes of the person, which may be derived from biometric functionality that may integrated within the PE device 102 or utilized externally to it; and/or based on predetermined associations between particular user and peripheral devices, resources, and/or communication interfaces.

10

[0038]  FIG. 1B is a block diagram that illustrates an exemplary system that may be integrated within a personal electronic (PE) device to enable management of user configuration, and utilization of plurality of communication interfaces and/or devices, in accordance with an embodiment of the invention.  Referring to FIG. 1B, there is shown a system 150, a processing subsystem 152, a memory subsystem 154, a network access manager 156, a plurality of PHY layers 158, a wired front-end 160, a wireless front-end 162, a communication interface module 164, a user interface modules 166, a user configuration manager 168, a plurality of devices 170, ..., 172, a cellular network 174, a wireless local area network (WLAN) 176, a Wireless Metropolitan Area Networks (WMAN) 178, a Personal area network (PAN) 180, and an internet network 182.

[0039]  The system 150 may comprise the processing subsystem 152, the memory subsystem 154, the network access manager 156, the plurality of PHY layers 158, the wired front-end 160, the wireless front-end 162, the communication interface modules 164, the user interface modules 166, the user configuration manager 168.  The system 150 may also comprise additional suitable logic, circuitry, and/or code that may enable management of user configuration, and utilization of plurality of communication interfaces and/or devices.

[0040]  The processing subsystem 152 may comprise suitable logic, circuitry and/or code that enables performing processing operations.  The invention may not be limited to a specific processor, but may comprise for example, a general purpose processor, a specialized processor or any combination of suitable hardware, firmware, software and/or code, which may be enabled to provide particular processing operations.  For example, the processing subsystem 152 may comprise a plurality of processors that may enable performing various processing operations, comprising general control and/or processing functionality, and/or processing pertinent to particular tasks and/or operations.  The memory subsystem 154 may comprise suitable logic, circuitry and/or code that may enable storage and/or retrieval of data and/or code in the system 150.  For example, the memory subsystem 154 may comprise a plurality of memory components which may be utilized by the processing subsystem 152 and/or the remaining subsystems and/or components in system 150 during various operations in the system.

[0041]  The network access manager 156 may comprise suitable logic, circuitry, and/or code that may enable performing management and/or control operations that may facilitate access to available networks.  For example, the network access manager 156 may be utilized within the system 200 to enable access to one or more of the cellular network 174, the WLAN network 176, the WMAN network 178, the PAN network 180, and/or the internet network

11

182. Each of the plurality of PHY layers 158 may correspond to the physical layer within the Open System Interface (OSI) model, which may enable transmitting raw bits via communication links based on a wired or wireless interface. For example, one of the plurality of PHY layers 158 may correspond to the physical layer within the Bluetooth stack, which may comprise functionality that enable transmission and/or reception of raw bits via Bluetooth based communication links.

[0042] The wired front-end 160 may comprise suitable logic, circuitry and/or code that may enable transmission and/or reception of communication via one or more wired interfaces, based on, for example, one or more of the plurality of PHY layers 158. For example, the wired front-end 160 may enable communications via USB terminals, modem connectivity, external memory devices interfaces, and/or FireWire interface. The wireless front-end 162 may comprise suitable logic, circuitry and/or code that may enable transmission and/or reception of communication via one or more wireless based interface, based on, for example, one or more of the plurality of PHY layers 158. For example, the wireless front-end 162 may comprise antenna systems that may enable transmission and/or reception of communication via WLAN, Bluetooth, WiMAX, and/or cellular based interfaces.

[0043] The communication interface modules 164 may comprise suitable logic, circuitry and/or code that enables, via the system 150, utilization, control, and/or management of communication via plurality of communication interfaces, for example via the wired front-end 160 and/or the wireless front-end 162, based on one or more corresponding layers in the plurality of the PHY layer 158. For example, the communication interface modules 164 may comprise modules to enable communication via various wireless and/or wired communication interface, comprising, Bluetooth interface, other WPAN (IEEE 802.15) interface, WLAN (IEEE 802.11) interface, WiMAX (IEEE 802.16) interface, Mobile Broadband Wireless Access (MBWA, IEEE 802.20) interface, Time Division Multiple Access (TDMA) interfaces, GSM/GPRS/EDGE interfaces, CDMA/CDMA200/WCDMA interfaces, H.323 interface, USB interface, and/or Modem interface.

[0044] The user interface modules 166 may comprise suitable logic, circuitry and/or code that enables utilization of various user interfaces that may be available via the system 150. For example, the system 150 may be integrated within a device, for example the PE device 102, to enable supporting user interfaces in the device to enable direct interactions with the device by users of the device. The user interface modules 166 may enable utilization of video based input/output (I/O) interfaces, via display and/or digital camera components in the system 150 for example; the user interface modules 166 may also enable of audio based I/O

12

interfaces, via speaker and/or microphone components in the system 150 for example. The user interfaces modules 166 may also enable utilization of physical based input/output (I/O) interfaces, via touch screen, vibration, gyroscopic and/or keypad components in the system 150 for example.

[0045] The user configuration manager 168 may comprise suitable logic, circuitry and/or code that enables performing of management and/or control operations pertaining to the user configuration information corresponding to a supported user, or a group of users, of a device that may comprise the system 150. For example, where the system 150 may be integrated within the PE device 102, the user configuration manager 168 may enable generation, storage, updating, and/or use of user configuration information, substantially as described with respect to FIG. 1.

[0046] Each of the plurality of devices 170, ..., 172, may comprise suitable logic, circuitry and/or code that is enabled to provide, external to device comprising the system 150, various services and/or functionality that may be necessary to perform a requested task via the system 150. For example, the plurality of devices 170, ..., 172, may comprise the local wireless device 104a, the local networked device 104b, and/or the remote device 104c, substantially as described with respect to FIG. 1.

[0047] The cellular network 174 may comprise suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to a cellular technology, comprising, for example, but not limited to, CDMA, WCDMA, CDMA1000, HSDPA, GSM, GPRS, EDGE, and/or UMTS. The WLAN network 176 may comprise suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to a WLAN protocol, including, for example, IEEE 802.11. The WMAN network 178 may comprise suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to a WMAN protocol, comprising, for example, IEEE 802.16. The PAN network 180 may comprise suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to a PAN interface. The PAN network 180 may comprise wired based connectivity, via buses such as Universal Serial Bus (USB), for example. Additionally, wireless personal area network (WPAN) may be utilized, comprising, for example, WPAN protocols such as Bluetooth (IEEE 802.15), UWB, and/or ZigBee. The Internet network 182 may comprise suitable logic, circuitry and/or code that may enable implementing a functional block corresponding to an internet protocol, including Internet Protocol (IP) for example.

[0048] In operation, the system 150 may be integrated within a device, for example the PE device 102, to enable management of user configuration, and utilization of plurality of communication interfaces and/or devices. The processing subsystem 152 and/or the memory subsystem 152 may be utilized to enable overall control and management, and/or to enable management and/or control during particular operations within the system 150, for example, during DSP, audio, and/or video processing.

[0049] The system 150 may enable connectivity related operations to facilitate performing tasks requested via the PE device 102. For example, network connectivity may be performed via the network access manager 156, which may enable managing access to one or more of the cellular network 174, the WLAN network 176, the WMAN network 178, the PAN network 180, and/or the internet network 182. During network accessibility operations, the system 150 may utilize appropriate PHY functionality, within the plurality of PHY layers 158, to enable transmission and/or reception of communication between the system 150 and the corresponding network. For example, to facilitate connectivity with the WLAN network 176, the network access manager 156 may be enabled to utilize a WLAN PHY within the plurality of PHY layers 158 to enable the system 150 to perform WLAN based communications. The system 150 may also enable the PE device 102 to utilize one or more of the plurality of devices 170, ..., 172, which may be utilized to perform specific operations that may not be available, or optimal, directly via the PE device 102. Network connectivity, via the network access manager 156, may be utilized to enable access to the desired devices. Additionally, the system 150 may be enabled to utilize appropriate PHY functionality within the plurality of PHY layers 158, to enable direct transmission and/or reception of messaging between the system 150 and the corresponding device(s).

[0050] The system 150 may enable a user of the PE device 102 to interact indirectly via the user interface modules 166. For example, the user interface modules 166 may enable users of the PE device 102 via video based I/O interfaces, audio based I/O interfaces, and/or physical based I/O interfaces. The system 150 may also enable the user to communicate indirectly, via network connectivity. For example, communications between users and the system 150 may be transmitted and/or received via the wireless front-end 256 and/or the wired front-end 258, based on one or more of the various interfaces supported via the communication modules 164.

[0051] The user configuration manager 168 may enable performing user configuration operation via the system 150, including, for example, generation, storage, and/or update of user configuration information. The user configuration operations may be performed directly

14

via system 150. For example, the user configuration manager 168 may enable performing generation, storage, and/or updating of user configuration information within the system 150, via the processing subsystem 152 and/or the memory subsystem 154. In some instances, at least a portion of the user configuration operations may be performed external to the system 150, utilizing, for example, network connectivity and/or accessibility to available devices and/or resources via various communication interfaces. For example, the user configuration manager 168 may be enabled to communicate with one or more of the plurality of devices 170, ..., 172, via the network access manager 156 and/or the communication interface modules 166, to enable performing at least a portion of the generation, storage, and/or updating of user configuration information via such devices.

[0052] The generation of the user configuration information, via the user configuration manager 168, may be performed automatically, during initial setup on a device comprising the system 150 for example. The generation of the user configuration information may also be perform manually, based on user commands, for example, which may communicated directly into the system 150 via the user interface 166, and/or indirectly via the communication interface modules 164 for example. The generated user configuration information may be updated. The updating of the user configuration information may be performed manually, based on user commands for example, which may communicated directly into the system 150 via the user interface 166, and/or indirectly via the communication interface modules 164. In some instances, the updating of the user configuration information may be performed automatically, based on pre-determined conditions. For example, the user configuration information may be updated and/or modified at pre-determined periodic intervals, when a device comprising the system 150 is used in manner different than existing operational preferences, and/or when an update is triggered by specified use and/or operating conditions.

[0053] Generated and/or updated user configuration information may be stored within the system 150, for example via the memory subsystem 154. Alternatively, the generated and/or updated user configuration information may be uploaded into a remote storage entity, within one or more of the plurality of devices 170, ..., 172 for example.

[0054] FIG. 2 is a block diagram that illustrates use of stored user preference information to configure a secondary personal electronic (PE) device, in accordance with an embodiment of the invention. Referring to FIG. 2, there is shown a first PE device 202a, a second PE device 202b, a networked device 204, a plurality of communication interfaces 206, a personal area

15

network (PAN) interface 208, a Wireless Local Area Network (WLAN) interface 210, a cellular interface 212, and a device-based interface 214, and a network 216.

[0055] Each of the PE devices 202a and 202b may be substantially similar to the PE device 102. For example, each of the PE devices 202a and 202b may comprise an instance of the system 150 to enable management of user configuration, and utilization of plurality of communication interfaces and/or devices. The networked device 204 may comprise a device that may be enabled to communicate with the PE devices 202a and/or 202b, via the plurality of communication interfaces 206 and/or the network 216 for example, to enable performing tasks requested via the PE devices 202a and/or 202b. For example, the networked device 204 may be substantially similar to the local wireless device 104a, the local networked device 104b, and/or the remote device 104c.

[0056] The plurality of communication interfaces 206 may comprise one or more interfaces that may enable direct communications between PE devices 202a and 202b, and/or may enable connectivity to the networked device 204, via the network 216 for example. The plurality of communication interfaces 206 may comprise one or more wireless interfaces. The invention may not be limited to a specific type of wireless interface, but may comprise for example, the PAN interface 208, the WLAN interface 210, and/or the cellular interface 212. The plurality of communication interfaces 206 may also comprise the device-based interface 214, which may enable communication between specific types of devices. The PAN interface 208 may comprise suitable functionality that enables forming connections based on the PAN protocol, including, for example, Bluetooth (IEEE 802.15), ZigBee, and/or UWB. The WLAN interface 210 may comprise suitable functionality that enables forming connections based on the WLAN standard (IEEE 802.11). The cellular interface 212 may comprise suitable functionality that enables forming connections based on one or more cellular standards comprising GSM/GPRS/EDGE, CDMA, HSDPA, UMTS, LTE and CDMA2000. The device-based interface 214 may comprise suitable functionality that enables forming connections between specific devices. For example, the PE device 202a, the PE device 202b, and/or the networked device 204 may be enabled to utilize a proprietary standard of wireless protocol to facilitate communication between these devices.

[0057] The network 216 may comprise suitable hardware, logic, circuitry, and/or code that is operable to provide connectivity among local and/or remote sub-networks. The network 216 may be enabled to interact with, and connect to different wired and/or wireless interfaces. For example, the network 216 may comprise a telephony network such as a plain old telephone system (POTS) and/or an a packet based network that may enable data connectivity

16

between different interface nodes linking wired and/or wireless networks comprising WLAN networks, WiMAX networks, PAN networks, cellular networks, and/or LAN networks. The network 216 may enable use of the networked device 204, via the plurality of communication interfaces 206, by the PE devices 202a and/or 202b, to perform various requested tasks, including, for example, storage and/or retrieval of user configuration information.

[0058] In operation, the PE device 202a may be enabled to develop user configuration information. For example, the 202a may comprise the system 150, and may be able generate, store, and/or update the user configuration information, substantially as described with respect to FIG. 1A. The user configuration information may be developed directly within the PE device 202a, utilizing, for example, the system 150, substantially as described with respect to FIG. 1B.

[0059] The user configuration information development, maintenance and/or administration may also be performed remotely, in the networked device 204, based on communication transmitted and/or received by the PE device 202a, via the plurality of communication interfaces 206 and/or the network 216 for example. The user configuration information may be stored directly within the PE device 202a, via the memory subsystem 154 in the system 150 for example. The user configuration information may also be uploaded, downloaded and/or otherwise communicated to the networked device 204 device, via network connectivity between the PE device 202a and networked device 204, to enable remote and/or secure storage, utilizing, for example, the system 150, substantially as described in FIG. 1B. The uploading of user configuration information may be performed manually, based on user commands, which may be communicated into the PE device 202a via the user interface modules 166 in the system 150, substantially as described in FIG. 1B. The uploading of the user configuration information may also be performed automatically, based on specified intervals and/or conditions for example. The user configuration information may be updated, via the PE device 202a for example, and the updated user configuration information may be uploaded into the networked device 204. The updating of the user configuration information may be performed manually, based on user commands, and/or it may be performed automatically, during use of the PE device 202a, based on, for example, specific use conditions.

[0060] Where a user of the PE device 202a may initiate use of a secondary PE device, for example the PE device 202b, it may be advantageous to import into the PE device 202b, existing user configuration information generated and/or updated via the PE device 202a. The existing user configuration information may be downloaded into the PE device 202b, and

17

may be utilized, for example, to configure the PE device 202b with similar operations preferences as with the PE device 202b, which are specific to the user of both devices. The PE device 202b may be enabled to receive the user configuration information directly from the PE device 202a. For example, the PE devices 202s and 202b may be enabled to communicate directly via the plurality of communication interfaces 206. The PE device 202b may be enabled, for example, to request and/or receive the user configuration information from the PE device 202a via the PAN interface 208, the WLAN interface 210, the cellular interface 212, and/or the device-specific interface 214. In some instances, the device 202b may also be enabled to receive the user configuration information via a networked device, for example the networked device 204, which may be utilized and a centralized depository for user configuration information accessible by one or more users. For example, user configuration information developed, stored, and/or updated by the PE device 202a via the networked device 204 may be received by PE device 202b from the networked device 204.

[0061] The PE device 202b may be enabled, for example, to request and/or receive the user configuration information from the networked device 204 via the network 216 and/or the plurality of communication interfaces 206. The downloading and/or use of the user configuration information by the PE device 202b may be performed manually, based on user commands for example; and/or it may be performed automatically, based on, for example, specific use conditions. For example, initiating download and configuration of the PE device 202b utilizing existing user configuration information may be performed via user commands communicated into the PE device 202b, via the user interface modules 166 in the system 150 for example, substantially as described in FIG. 1B. In some instances, it may be determined whether a match may exist between a user of the PE device and identity of user corresponding to user configuration information stored within the PE device 202a. The networked device 204 may be operable to automatically trigger download and configuration of the PE device 202b utilizing existing user configuration information.

[0062] FIG. 3 is a flow chart that illustrates use of stored user preference information to configure a secondary personal electronic (PE) device, in accordance with an embodiment of the invention. Referring to FIG. 3, there is shown a flow chart 300 comprising a plurality of exemplary steps, which may enable.

[0063] In step 302, user configuration information may be developed via a first personal electronic (PE) device. For example, user configuration information may be generated and/or updated via the PE device 202a, substantially as described in FIG. 2. In step 304, the PE device may be communicatively coupled to networked devices to enable generation,

18

updating, and/or storage of user configuration information. For example, the PE device 202a may be communicatively coupled to the networked device 204, substantially as described in FIG. 2, to enable uploading of user configuration information. In an embodiment of the invention, the coupled networked device may also be utilized to perform the generation and/or updating of the user configuration information based on communication by the PE device.

[0064] In step 306, user configuration information may be uploaded from the PE device to the networked device. For example, user configuration information may be uploaded from the PE device 202a to the networked device 204. In step 308, a second PE device may be communicatively coupled to the first PE device and/or the networked devices. For example, the PE device 202b may be communicatively coupled to the PE device 202a, and/or the networked device 204, via the network 216 and/or the plurality of communication interface 206, substantially as described in FIG. 2. In step 310, the second PE device may download and use user configuration information. For example, the PE device 202b may download the user configuration information from the PE device 202a and/or the networked device 204, and the downloaded user configuration information may be utilized to enable configuring the PE device 202b using, for example, existing user operational preferences.

[0065] Various embodiments of the invention may comprise a method and system for a networked self-configuring communication device utilizing user preference information. The personal electronic (PE) device 202a may enable generation, updating, and/or storage of user configuration information. The user configuration information may comprise information pertaining to device configuration and/or operational preferences specific to the device user and/or various use settings, connectivity, and/or use of available resources. The generation, updating, and/or storage of the user configuration information may be performed manually and/or automatically, and may be performed directly within the PE device 202a and/or via the networked device 204. The generation, updating, and/or storage of the user configuration information may also be performed directly within the PE device 202a, and/or via the networked device 204, which may be communicatively coupled to the PE device 202a. The PE device 202b may be enabled to communicatively couple to the PE device 202a and/or the networked device 204. The PE device 202b may then be enabled to download existing user configuration information from the PE device 202a and/or the networked device 204; and the downloaded user configuration may be utilized to configure the PE device 202b.

[0066] Another embodiment of the invention may provide a machine and/or computer readable storage and/or medium, having stored thereon, a machine code and/or a computer

19

program having at least one code section executable by a machine and/or a computer, thereby causing the machine and/or computer to perform the steps as described herein for a networked self-configuring communication device utilizing user preference information.

[0067]  Accordingly, the present invention may be realized in hardware, software, or a combination of hardware and software.  The present invention may be realized in a centralized fashion in at least one computer system, or in a distributed fashion where different elements are spread across several interconnected computer systems.  Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited.  A typical combination of hardware and software may be a general-purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

[0068]  The present invention may also be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods.  Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following:  a) conversion to another language, code or notation; b) reproduction in a different material form.

[0069]  While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention.  In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope.  Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

CLAIMS:

1. A system comprising:

a network communication interface configured to receive login information corresponding to a first user from a first electronic device via the network; and

processing circuitry configured to

identify the first user based on the login information received from the first electronic device;

retrieve, from memory, user configuration information corresponding to the first user;

control provision of a media content streaming service to the first electronic device based on the user configuration information corresponding to the first user; and

update the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device, wherein

the network communication interface is configured to receive login information corresponding to the first user from a second electronic device via the network, and

the processing circuitry is configured to

identify the first user based on the login information received from the second electronic device;

retrieve, from the memory, the updated user configuration information corresponding to the first user; and

control provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

2. The system of claim 1, wherein

the system, the first electronic device, and the second electronic device are distinct devices configured to be communicatively coupled via one or more networks.

3. The system of claim 1, wherein

the network communication interface is configured to receive preference information corresponding to the first user from the first electronic device, and

the processing circuitry is configured to generate the user configuration information corresponding to the first user based on the preference information received from the first electronic device.

21

4. The system of claim 1, wherein

the processing circuitry is configured to transmit at least a portion of the user configuration information corresponding to the first user to the first electronic device upon identifying the first user based on the login information received from the first electronic device.

5. The system of claim 1, wherein

the processing circuitry is configured to dynamically develop the configuration information corresponding to the first user during provision of the media content streaming service to the first electronic device.

6. The system of claim 1, wherein

the user configuration information corresponding to the first user includes media consumption settings including at least video and audio presentation preferences corresponding to the first electronic device and the second electronic device, and

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device based on the media consumption settings corresponding to the first electronic device and the second electronic device.

7. The system of claim 6, wherein

the media consumption settings corresponding to the first electronic device are different than the media consumption settings corresponding to the second electronic device.

8. The system of claim 1, wherein

the user configuration information corresponding to the first user includes information identifying content reproduction capabilities corresponding to the first electronic device and the second electronic device, and

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device based on the information identifying content reproduction capabilities corresponding to the first electronic device and the second electronic device.

9. The system of claim 8, wherein

22

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device by selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device based on the information identifying content reproduction capabilities corresponding to the first electronic device or the second electronic device.

10. The system of claim 1, wherein

the processing circuitry is configured to identify connectivity related information corresponding to the first electronic device and the second electronic device, and

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device based on the connectivity related information corresponding to the first electronic device and the second electronic device.

11. The system of claim 10, wherein

the connectivity related information includes at least one of a network type, bandwidth level and quality of service capabilities.

12. The system of claim 10, wherein

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device by selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device based on the connectivity related information corresponding to the first electronic device and the second electronic device.

13. The system of claim 1, wherein

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device from a third system communicatively coupled to the system via a network.

14. The system of claim 1, wherein

23

the processing circuitry is configured to control provision of the media content streaming service to the first electronic device and the second electronic device from a server remote from the system, the first electronic device and the second electronic device.

15. The system of claim 1, wherein

the user configuration information identifies preferred categories of content corresponding to the first user, and

the processing circuitry is configured to control provision of content of the media content streaming service to the first electronic device and the second electronic device based on the preferred categories of content corresponding to the first user.

16. The system of claim 1, further comprising:

memory configured to store user configuration information corresponding to a plurality of users including the first user, and

the processing circuitry is configured to select the user configuration information corresponding to the first user, from among the plurality of configuration information, based on the login information received from the first electronic device.

17. The system of claim 1, wherein

the processing circuitry is configured to update the updated user configuration information corresponding to the first user based on the provision of the media content streaming service to the second electronic device.

18. The system of claim 1, wherein

the processing circuitry comprises circuit elements of a plurality of devices connected via one or more networks.

19. The system of claim 1, wherein

the processing circuitry is contained on a single computer or device.

20. A content provision method performed by a content provision system, the method comprising:

receiving login information corresponding to a first user from a first electronic device;

24

identifying the first user based on the login information received from the first electronic device;

retrieving user configuration information corresponding to the first user;

controlling provision of a media content streaming service to the first electronic device based on the user configuration information corresponding to the first user;

updating the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device;

receiving login information corresponding to the first user from a second electronic device via the network;

identifying the first user based on the login information received from the second electronic device;

retrieve the updated user configuration information corresponding to the first user; and

controlling provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

21. The method of claim 20, further comprising:

receiving preference information corresponding to the first user from the first electronic device; and

generating the user configuration information corresponding to the first user based on the preference information received from the first electronic device.

22. The method of claim 20, further comprising:

dynamically developing the configuration information corresponding to the first user during provision of the media content streaming service to the first electronic device.

23. The method of claim 20, wherein

the user configuration information corresponding to the first user includes media consumption settings including at least video and audio presentation preferences corresponding to the first electronic device and the second electronic device, and

provision of the media content streaming service to the first electronic device and the second electronic device is controlled based on the media consumption settings corresponding to the first electronic device and the second electronic device.

25

24. The method of claim 20, wherein

the user configuration information corresponding to the first user includes information identifying content reproduction capabilities corresponding to the first electronic device and the second electronic device, and

provision of the media content streaming service to the first electronic device and the second electronic device includes selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device based on the information identifying content reproduction capabilities corresponding to the first electronic device or the second electronic device.

25. The method of claim 20, further comprising:

identifying connectivity related information corresponding to the first electronic device and the second electronic device, and

provision of the media content streaming service to the first electronic device and the second electronic device includes selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device.

26. The method of claim 20, wherein

the user configuration information identifies preferred categories of content corresponding to the first user, and

the method further comprises identifying content of the media content streaming service to be streamed to the first electronic device or the second electronic device based on the preferred categories of content corresponding to the first user.

27. The method of claim 20, further comprising:

selecting the user configuration information corresponding to the first user, from among configuration information corresponding to a plurality of users stored in memory, based on the login information received from the first electronic device.

28. The method of claim 20, further comprising:

updating the updated user configuration information corresponding to the first user based on the provision of the media content streaming service to the second electronic device.

29. A system comprising:

means for receiving login information corresponding to a first user from a first electronic device;

means for identifying the first user based on the login information received from the first electronic device;

means for retrieving user configuration information corresponding to the first user;

means for controlling provision of a media content streaming service to the first electronic device based on the user configuration information corresponding to the first user;

means for updating the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device;

means for receiving login information corresponding to the first user from a second electronic device via the network;

means for identifying the first user based on the login information received from the second electronic device;

means for retrieving the updated user configuration information corresponding to the first user; and

means for controlling provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

30. A system comprising:

a plurality of computing devices connected via one or more networks, wherein the plurality of computing devices are configured to

receive login information corresponding to a first user;

identify the first user based on the login information;

retrieve user configuration information corresponding to the first user;

control provision of a media content streaming service to a first computing device of the plurality of computing devices based on the user configuration information corresponding to the first user;

update the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first computing device;

receive login information corresponding to the first user from a second computing device of the plurality of computing devices;

27

identify the first user based on the login information received from the second computing device;

retrieve the updated user configuration information corresponding to the first user; and

control provision of the media content streaming service to the second computing device based on the updated user configuration information corresponding to the first user.

28

ABSTRACT

A first electronic device may enable generation, updating, and/or storage of user configuration information. The user configuration information may comprise information pertaining to device configuration and/or operational preferences specific to the device user and/or various use settings, connectivity, and/or use of available resources. The generation, updating, and/or storage of the user configuration information may be performed manually and/or automatically, and may be performed directly within the first electronic device and/or via networked devices, which may communicatively coupled to the first electronic device. A second electronic device may be enabled to be communicatively coupled to the first electronic device and/or the networked devices. The second electronic device may then be enabled to download existing user configuration information from the first electronic device and/or the networked device, and the downloaded user configuration may be utilized to configure the second electronic device.

29

Attorney Docket No. 11382US05CON



FIG. 1A





**FIG. 1B**

Attorney Docket No. 11382US05CON



FIG. 2

Attorney Docket No. 11382US05CON



**FIG. 3**

# Exhibit 2

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/834,723 | 03/30/2020 | Jeyhan KARAOGUZ | 11382US05CON | 1781 |

| | | |
|---|---|---|
| 157376     7590     05/01/2020 | | EXAMINER |
| Xsensus/Broadcom | | JEAN GILLES, JUDE |
| 200 Daingerfield Road, Suite 201 | | |
| Alexandria, VA 22314 | | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2447 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/01/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Faith.Baggett@Xsensus.com
Sandy.Miles@Xsensus.com
anaquadocketing@xsensus.com

| **Office Action Summary** | **Application No.**<br>16/834,723 | **Applicant(s)**<br>KARAOGUZ et al. |
|---|---|---|
| | **Examiner**<br>JUDE JEAN GILLES | **Art Unit**<br>2447 | **AIA (FITF) Status**<br>No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on 03/30/2020.
     ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL.**         2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) __1-30__ is/are pending in the application.
     5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) 1-30 is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
     Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
     Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
     **Certified copies:**
         a) ☐ All     b) ☐ Some**     c) ☐ None of the:
         1. ☐ Certified copies of the priority documents have been received.
         2. ☐ Certified copies of the priority documents have been received in Application No. _____.
         3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

| | | | |
|---|---|---|---|
| 1) ☑ Notice of References Cited (PTO-892) | | 3) ☐ Interview Summary (PTO-413)<br>Paper No(s)/Mail Date _____. | |
| 2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)<br>Paper No(s)/Mail Date 03/30/2020. | | 4) ☐ Other: _____. | |

U.S. Patent and Trademark Office

Application/Control Number: 16/834,723                                                                    Page 2
Art Unit: 2447

**DETAILED ACTION**

**DETAILED ACTION**

*Notice of Pre-AIA or AIA Status*

1.      The present application is being examined under the pre-AIA first to invent provisions.

This Office Action is in reply to communication filed on 03/30/2020. Claimed priority is granted from

**Provisional Application 60943484, filed 06/12/2007.**

*Information Disclosure Statement*

1.      The information disclosure statement (IDS) submitted on 03/30/2020 was filed in compliance

with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statement is being

considered by the examiner.

*Claim Rejections - 35 USC § 101*

2.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of
> matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the
> conditions and requirements of this title.

Claims 1-29 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-

statutory subject matter.  The claim does not fall within at least one of the four categories of patent

eligible subject matter. Under the broadest reasonable interpretation, the terms of the claims are

presumed to have their plain meaning consistent with the specification as it would be interpreted by

one of ordinary skill in the art. See MPEP 2111.

Claim 1 is rejected under 35 U.S.C. 101 because the claimed invention is directed to an abstract

idea without significantly more. The claim recites "A system comprising: a network communication

interface configured to receive login information corresponding to a first user from a first electronic

device via the network; and processing circuitry configured to identify the first user based on the login

information received from the first electronic device; retrieve, from memory, user configuration

Application/Control Number: 16/834,723                                                                   Page 3
Art Unit: 2447

information corresponding to the first user...", Based on the specification identification of "a communication interface" or "a circuitry logic", and the plain meaning of those terms, the broadest reasonable interpretation of claim 1 does not translate to a hardware and software process system as it may be intended.  The preamble language does not indicate any structural or manipulative difference in the invention recited in the body of the claim, and instead merely conveys an intended use of the claimed system. This judicial exception is not integrated into a practical application. Words such as memory, first device are not employed to convey that they are integral part of the system, but instead are used as exterior hardware elements feeding the claimed system.  The claim is directed to an abstract idea.

The claim does not include additional elements that are sufficient to amount to significantly more that the judicial exception. The claim does not include additional elements that are sufficient to amount to significantly more than the judicial exception. As discussed above with respect to integration of the abstract idea into a practical application, the additional element of using an interface to receive login information or retrieve data from memory are no more than mere instructions to apply the exception just as generic computer components. Mere instructions to apply an exception using a generic computer component cannot provide an inventive concept. The claim is not patent eligible. Dependent claims 2-19 are rejected for the same reasons as the base claim. By this rationale, claims 1-19 are rejected.


Claims 20 -29 are rejected for the same reasons as in claim 1. The claims are not patent eligible. Claim 30 is patent elegible.

Application/Control Number: 16/834,723                                      Page 4
Art Unit: 2447

### *Double Patenting*

3.      The nonstatutory double patenting rejection is based on a judicially created doctrine grounded

in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise

extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple

assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not

identical, but at least one examined application claim is not patentably distinct from the reference

claim(s) because the examined application claim is either anticipated by, or would have been obvious

over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re*

*Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed.

Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164

USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to

overcome an actual or provisional rejection based on nonstatutory double patenting provided the

reference application or patent either is shown to be commonly owned with the examined application,

or claims an invention made as a result of activities undertaken within the scope of a joint research

agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file

provisions of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for

applications not subject to examination under the first inventor to file provisions of the AIA. A terminal

disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit

www.uspto.gov/patent/patents-forms. The filing date of the application in which the form is filed

determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A

web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal

Disclaimer that meets all requirements is auto-processed and approved immediately upon submission.

Application/Control Number: 16/834,723                                                                      Page 5

Art Unit: 2447

For more information about eTerminal Disclaimers, refer to

www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

4.        Claims 1-30 are rejected on the ground of nonstatutory double patenting as being unpatentable

over claims 1-20 of U.S. Patent No. US 10609547 B2. Although the claims at issue are not identical,

they are not patentably distinct from each other because both the patent and the application disclose a

system with an electronic device may enable generation, updating, and/or storage of user configuration

information. The user configuration information may comprise information pertaining to device

configuration and/or operational preferences specific to the device user and/or various use settings,

connectivity, and/or use of available resources. By this rationale, claims 1-30 are rejected.


### *Conclusions*

5.        Any inquiry concerning this communication or earlier communications from the examiner

should be directed to JUDE JEAN GILLES whose telephone number is (571)272-3914.  The examiner can

normally be reached on Mon-Fri, from 9:00AM-7:00PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

James Hwang can be reached on 571-272-4036.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained

from either Private PAIR or Public PAIR.  Status information for unpublished applications is available

through Private PAIR only.  For more information about the PAIR system, see https://ppair-

Application/Control Number: 16/834,723                                                      Page 6
Art Unit: 2447

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact

the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information system, call 800-786-

9199 (IN USA OR CANADA) or 571-272-1000.

/JUDE JEAN GILLES/
Primary Examiner, Art Unit 2447
April 27, 2020

# Exhibit 3

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/834,723 | 03/30/2020 | Jeyhan KARAOGUZ | 11382US05CON | 1781 |

| 157376 | 7590 | 07/10/2020 |
|---|---|---|

Xsensus/Broadcom
200 Daingerfield Road, Suite 201
Alexandria, VA 22314

| EXAMINER |
|---|
| JEAN GILLES, JUDE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2447 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/10/2020 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Faith.Baggett@Xsensus.com
Sandy.Miles@Xsensus.com
anaquadocketing@xsensus.com

PTOL-90A (Rev. 04/07)

| | Application No. 16/834,723 | Applicant(s) KARAOGUZ et al. |
|---|---|---|
| ***Applicant-Initiated Interview Summary*** | **Examiner** JUDE JEAN GILLES | **Art Unit** 2447 | **AIA (FITF) Status** No |

All participants (applicant, applicants representative, PTO personnel):

(1) <u>JUDE JEAN GILLES</u>.　　　　　　　　　(3) _____.

(2) <u>Andrew Harry</u>.　　　　　　　　　　　(4) _____.

Date of Interview: <u>23 June 2020</u>.

Type:　☑ Telephonic　☐ Video Conference
　　　　☐ Personal [copy given to:　☐ applicant　☐ applicant's representative]

Exhibit shown or demonstration conducted:　☐ Yes　☑ No.
　If Yes, brief description: _____.

Issues Discussed　☑101　☐112　☐102　☐103　☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>1-29</u>.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>Discussed outstanding 101 rejection. Claims 1-29 are rejected under 101. No final agreement was reached, but several options were proposed to resolve the 101 rejection.</u>.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /JUDE JEAN GILLES/ Primary Examiner, Art Unit 2447 | |
|---|---|

# Exhibit 4

DOCKET NO:  11382US05CON

### IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | |
|---|---|
| IN RE APPLICATION OF | : |
| JEYHAN KARAOGUZ | : EXAMINER:  JEAN GILLES, JUDE |
| SERIAL NO:  16/834,723 | : |
| FILED:  MARCH 30, 2020 | : GROUP ART UNIT:  2447 |
| FOR:  METHOD AND SYSTEM FOR A NETWORKED SELF-CONFIGURING COMMUNICATION DEVICE UTILIZING USER PREFERENCE INFORMATION | : |

### AMENDMENT UNDER 37 C.F.R. § 1.111

COMMISSIONER FOR PATENTS
ALEXANDRIA, VIRGINIA  22313

Commissioner:

In response to the Office Action dated May 1, 2020, the following is submitted in connection with the above-identified application.

Application No. 16/834,723
Reply to Office Action of May 1, 2020

IN THE CLAIMS

Please amend the claims as follows:

1-29. (Canceled)

30. (Original) A system comprising:

a plurality of computing devices connected via one or more networks, wherein the plurality of computing devices are configured to

receive login information corresponding to a first user;

identify the first user based on the login information;

retrieve user configuration information corresponding to the first user;

control provision of a media content streaming service to a first computing device of the plurality of computing devices based on the user configuration information corresponding to the first user;

update the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first computing device;

receive login information corresponding to the first user from a second computing device of the plurality of computing devices;

identify the first user based on the login information received from the second computing device;

retrieve the updated user configuration information corresponding to the first user; and

control provision of the media content streaming service to the second computing device based on the updated user configuration information corresponding to the first user.

2

Application No. 16/834,723
Reply to Office Action of May 1, 2020

31. (New) The system of claim 30, wherein

the plurality of computing devices are distinct devices configured to be communicatively coupled via the one or more networks.

32. (New) The system of claim 30, wherein

at least one of the plurality of computing devices is configured to receive preference information corresponding to the first user from the first computing device.

33. (New) The system of claim 32, wherein

at least one of the plurality of computing devices is configured to generate the user configuration information corresponding to the first user based on the preference information corresponding to the first user received from the first computing device.

34. (New) The system of claim 30, wherein

at least one of the plurality of computing device is configured to transmit at least a portion of the user configuration information corresponding to the first user to the first computing device upon identifying the first user based on the login information received from the first computing device.

35. (New) The system of claim 30, wherein

at least one of the plurality of computing device is configured to dynamically develop the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first computing device.

3

Application No. 16/834,723
Reply to Office Action of May 1, 2020

36. (New) The system of claim 30, wherein

the user configuration information corresponding to the first user includes media

consumption settings including at least video and audio presentation preferences

corresponding to the first computing device and the second computing device.

37. (New) The system of claim 36, wherein

at least one of the plurality of computing devices is configured to control provision of

the media content streaming service to the first computing device and the second computing

device based on the media consumption settings corresponding to the first computing device

and the second computing device.

38. (New) The system of claim 37, wherein

the media consumption settings corresponding to the first computing device are

different than the media consumption settings corresponding to the second computing device.

39. (New) The system of claim 30, wherein

the user configuration information corresponding to the first user includes information

identifying content reproduction capabilities corresponding to the first computing device and

the second computing device.

40. (New) The system of claim 39, wherein

at least one of the plurality of computing devices is configured to control provision of

the media content streaming service to the first computing device and the second computing

device based on the information identifying content reproduction capabilities corresponding

to the first computing device and the second computing device.

4

Application No. 16/834,723
Reply to Office Action of May 1, 2020

41. (New) The system of claim 40, wherein

at least one of the plurality of computing devices is configured to control provision of

the media content streaming service to the first computing device and the second computing

device by selecting a version of content, from a plurality of stored versions of content, to be

streamed to the first computing device or the second computing device based on the

information identifying content reproduction capabilities corresponding to the first computing

device or the second computing device.

42. (New) The system of claim 30, wherein

at least one of the plurality of computing devices is configured to identify

connectivity related information corresponding to the first computing device and the second

computing device.

43. (New) The system of claim 42, wherein

at least one of the plurality of computing devices is configured to control provision of

the media content streaming service to the first computing device and the second computing

device based on the connectivity related information corresponding to the first computing

device and the second computing device.

44. (New) The system of claim 43, wherein

the connectivity related information includes at least one of a network type,

bandwidth level and quality of service capabilities.

45. (New) The system of claim 43, wherein

5

at least one of the plurality of computing devices is configured to control provision of the media content streaming service to the first computing device and the second computing device by selecting a version of content, from a plurality of stored versions of content, to be streamed to the first computing device or the second computing device based on the connectivity related information corresponding to the first computing device and the second computing device.

46. (New) The system of claim 30, wherein

at least one of the plurality of computing devices is configured to control provision of the media content streaming service to the first computing device and the second computing device from a third system communicatively coupled to the system via a network.

47. (New) The system of claim 30, wherein

at least one of the plurality of computing devices is configured to control provision of the media content streaming service to the first computing device and the second computing device from a server remote from the system, the first computing device and the second computing device.

48. (New) The system of claim 30, wherein

the user configuration information identifies preferred categories of content corresponding to the first user.

49. (New) The system of claim 48, wherein

Application No. 16/834,723
Reply to Office Action of May 1, 2020

at least one of the plurality of computing devices is configured to control provision of content of the media content streaming service to the first computing device and the second computing device based on the preferred categories of content corresponding to the first user.

50. (New) The system of claim 30, further comprising:

memory configured to store user configuration information corresponding to a plurality of users including the first user, wherein

at least one of the plurality of computing devices is configured to select the user configuration information corresponding to the first user, from among the plurality of configuration information, based on the login information received from the first computing device.

51. (New) The system of claim 30, wherein

at least one of the plurality of computing devices is configured to update the updated user configuration information corresponding to the first user based on the provision of the media content streaming service to the second computing device.

52. (New) A system comprising:

a plurality of computing devices connected via one or more networks, wherein the plurality of computing devices are configured to

receive login information corresponding to a first user;

identify the first user based on the login information;

retrieve user configuration information corresponding to the first user;

control provision of a media content streaming service to a first electronic device based on the user configuration information corresponding to the first user;

7

Application No. 16/834,723
Reply to Office Action of May 1, 2020

update the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device;

receive login information corresponding to the first user from a second electronic device;

identify the first user based on the login information received from the second electronic device;

retrieve the updated user configuration information corresponding to the first user; and

control provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

53. (New) The system of claim 52, wherein at least one of the plurality of computing devices is configured to:

receive preference information corresponding to the first user from the first electronic device; and

generate the user configuration information corresponding to the first user based on the preference information corresponding to the first user received from the first electronic device.

54. (New) The system of claim 52, wherein

the user configuration information corresponding to the first user includes media consumption settings including at least video and audio presentation preferences corresponding to the first electronic device and the second electronic device,

8

Application No. 16/834,723
Reply to Office Action of May 1, 2020

at least one of the plurality of computing devices is configured to control provision of the media content streaming service to the first electronic device and the second electronic device based on the media consumption settings corresponding to the first electronic device and the second electronic device, and

the media consumption settings corresponding to the first electronic device are different than the media consumption settings corresponding to the second electronic device.

55. (New) The system of claim 52, wherein

the user configuration information corresponding to the first user includes information identifying content reproduction capabilities corresponding to the first electronic device and the second electronic device, and

at least one of the plurality of computing devices is configured to control provision of the media content streaming service to the first electronic device and the second electronic device by selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device based on the information identifying content reproduction capabilities corresponding to the first electronic device or the second electronic device.

56. (New) A content provision method performed by a content provision system comprising a plurality of computing devices connected via one or more networks, the method comprising:

performing, by the plurality of computing devices connected via one or more networks

receiving login information corresponding to a first user;

identifying the first user based on the login information;

9

Application No. 16/834,723
Reply to Office Action of May 1, 2020

retrieving user configuration information corresponding to the first user;

controlling provision of a media content streaming service to a first electronic device based on the user configuration information corresponding to the first user;

updating the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device;

receiving login information corresponding to the first user from a second electronic device;

identifying the first user based on the login information received from the second electronic device;

retrieving the updated user configuration information corresponding to the first user; and

controlling provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

57. (New) The method of claim 56, further comprising performing, by the plurality of computing devices connected via one or more networks:

receiving preference information corresponding to the first user from the first electronic device; and

generating the user configuration information corresponding to the first user based on the preference information corresponding to the first user received from the first electronic device.

58. (New) The method of claim 56, wherein

Application No. 16/834,723
Reply to Office Action of May 1, 2020

the user configuration information corresponding to the first user includes information identifying content reproduction capabilities corresponding to the first electronic device and the second electronic device, and

the method further comprises performing, by the plurality of computing devices connected via one or more networks controlling provision of the media content streaming service to the first electronic device and the second electronic device by selecting a version of content, from a plurality of stored versions of content, to be streamed to the first electronic device or the second electronic device based on the information identifying content reproduction capabilities corresponding to the first electronic device or the second electronic device.

59. (New) A system comprising:

a plurality of computing devices connected via one or more networks, wherein the plurality of computing devices comprise

means for receiving login information corresponding to a first user;

means for identifying the first user based on the login information;

means for retrieving user configuration information corresponding to the first user;

means for controlling provision of a media content streaming service to a first electronic device based on the user configuration information corresponding to the first user;

means for updating the user configuration information corresponding to the first user based on the provision of the media content streaming service to the first electronic device;

means for receiving login information corresponding to the first user from a second electronic device;

11

Application No. 16/834,723
Reply to Office Action of May 1, 2020

means for identifying the first user based on the login information received from the second electronic device;

means for retrieving the updated user configuration information corresponding to the first user; and

means for controlling provision of the media content streaming service to the second electronic device based on the updated user configuration information corresponding to the first user.

Application No. 16/834,723
Reply to Office Action of May 1, 2020

## REMARKS/ARGUMENTS

Favorable reconsideration of this application, as presently amended and in light of the following discussion, is respectfully requested.

Claims 30-59 are pending in the present application. Claims 31-59 are newly added; and claims 1-29 are canceled without prejudice or disclaimer by the present amendment. Support for the newly added claims is self-evident from the originally filed specification. No new matter is presented.

In the Office Action, claims 1-29 are rejected under 35 U.S.C. 101; and claims 1-30 are rejected on the ground of non-statutory double patenting as unpatentable over claims 1-20 of U.S. Pat. 10,609,547.

Applicant appreciatively acknowledges the courtesy extended by Examiner Jean Gilles in holding an interview with the undersigned on June 23, 2020. No formal agreement was reached during the interview pending the submission of a formal response to the outstanding Office Action. As discussed during the interview, Examiner Jean Gilles is encouraged to contact the undersigned in the event that any further action is necessary to place the present application in condition for allowance.

Regarding the outstanding rejection under 35 U.S.C. 101, claims 1-29 are canceled thereby rendering this rejection moot. Applicant notes, however, that the cancelation of claims 1-29 is for purposes of expediting prosecution of this application only and is in no way a concession that the claims are directed to non-statutory subject matter. To the contrary, and as discussed during the interview, claims 1-29 do not recite an abstract idea (e.g., (A) Mathematical Concepts; (B) Certain Methods of Organizing Human Activity; or (C) Mental Processes). Furthermore, the claims are squarely integrated into a practical application – adaptive user profile updates improved performance in a content streaming system. The claims are also directed to an improvement of the functionality of devices within this system

13

Application No. 16/834,723
Reply to Office Action of May 1, 2020

since they allow for the user profile to be dynamically updated based on content provision to a first device, and allow for this updated user profile to be utilized when accessing content from a second device. Thus, Applicant respectfully submits that claims 1-29 are directed to statutory subject matter.

Regarding the outstanding double patenting rejection, Applicant respectfully request that this rejection be held in abeyance until the substantive merits of the presently pending case are addressed. At which time, Applicant maintains the right to file a terminal disclaimer against the '790 application to obviate the outstanding double patenting rejection. In the event that the only pending rejection in this application is a non-statutory obviousness-type double patenting rejection, the examiner is encouraged to contact the undersigned to facilitate the filing of one or more Terminal Disclaimers to efficiently close prosecution of this application.

New claims 31-59 are added by the present amendment. Claims 31-51 depend from claim 30 and are believed to be allowable at least by virtue of this dependency. New claims 52-59, while slightly different in scope and/or statutory class, are believed to be allowable at least for substantially reasons as claims 30-51.

Consequently, no further issues are believed to be outstanding in the present application and the present application including claims 30-59 is believed to be in condition for formal allowance. Therefore, a Notice of Allowance is earnestly solicited.

14

Application No. 16/834,723
Reply to Office Action of May 1, 2020

Should the Examiner deem that any further action is necessary to place this application in form for allowance, the Examiner is encouraged to contact the undersigned representative at the below listed telephone number.

Respectfully Submitted,

XSENSUS, L.L.P.

/Andrew T. Harry/

Andrew T. Harry
Attorney of Record
Registration No. 56,959
Phone No. (571) 376-6301

Customer No. 157376
Xsensus LLP
200 Daingerfield Rd, Suite 201
Alexandria, VA 22314

15

# Exhibit 5

| *Notice of Allowability* | Application No.<br>16/834,723 | Applicant(s)<br>KARAOGUZ et al. |  |
|---|---|---|---|
|  | Examiner<br>JUDE JEAN GILLES | Art Unit<br>2447 | AIA (FITF) Status<br>No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 06/26/2020/.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 30-59 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All      b) ☐ Some      *c) ☐ None of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☑ Notice of References Cited (PTO-892)

2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 03/30/2020.

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/JUDE JEAN GILLES/
Primary Examiner, Art Unit 2447

Application/Control Number: 16/834,723                                                      Page 2
Art Unit: 2447

### *Notice of Pre-AIA or AIA Status*

1.       The present application is being examined under the pre-AIA first to invent provisions.

This Action is in reply to communication filed on 06/26/2020.

### *Cancelled Claims*

2.       Claims 1-29 have been cancelled without prejudice or disclaimer.

### *Allowed Claims*

3.       Claims 30-59 are allowed; Renumbered 1-30.

### *Reasons for Allowance*

4.       The following is an examiner's statement of reasons for allowance: the closest prior art of

record, Watters et al., US 20070127426 A1, does not disclose a self-configuring method/system to: "…

*control provision of a media content streaming service to a first computing device of the plurality of*

*computing devices based on the user configuration information corresponding to the first user; update*

*the user configuration information corresponding to the first user based on the provision of the media*

*content streaming service to the first computing device; receive login information corresponding to the*

*first user from a second computing device of the plurality of computing devices; identify the first user*

*based on the login information received from the second computing device; retrieve the updated user*

*configuration information corresponding to the first user; and control provision of the media content*

*streaming service to the second computing device based on the updated user configuration information*

*corresponding to the first user.*" As filed by applicants on 06/26/2020.

Application/Control Number: 16/834,723                                      Page 3
Art Unit: 2447

Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusions*

5.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to JUDE JEAN GILLES whose telephone number is (571)272-3914.  The examiner can

normally be reached on Mon-Fri, from 9:00AM-7:00PM.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

James Hwang can be reached on 571-272-4036.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained

from either Private PAIR or Public PAIR.  Status information for unpublished applications is available

through Private PAIR only.  For more information about the PAIR system, see https://ppair-

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact

the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information system, call 800-786-

9199 (IN USA OR CANADA) or 571-272-1000.

/JUDE JEAN GILLES/
Primary Examiner, Art Unit 2447
September 14, 2020